AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Burris, Helen E. | **2. Court or Organization**<br><br>US Bankruptcy Court, DSC | **3. Date of Report**<br><br>04/28/2021 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge- Full time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ✓ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>to<br>12/31/2020 |

**7. Chambers or Office Address**

Federal Courthouse
201 Magnolia Street
Spartanburg, SC 29306

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✓ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✓ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | The Law Office of Eric K. Englebardt, LLC (this entity owns 50% of Wilson & Englebardt, LLC)(attorneys) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 1/23/20-1/25/20 | Columbia SC | Bar Convention | registration waived |
| 2. | National Association of Chapter 13 Trustees | 7/8/20-7/10/20 | virtual | speaking engagement and seminar | registration for virtual seminar waived |
| 3. | South Carolina Bankruptcy Law Association | 9/4/20 | virtual | seminar | registration for virtual seminar waived |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | credit card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   South State Bank - Accounts | A | Interest | K | T | | | | | |
| 2.   Allianz 222 Annuity (H) | | | | | | | | | |
| 3.   -AnPtPtw/cap- Bloomberg US Dynamic Balance Index II | C | Interest | M | T | | | | | |
| 4.   -MoSum Russell 2000 Index Monthly Sumw/cap | A | Int./Div. | K | T | | | | | |
| 5.   NW Mutual Whole Life Cash Value #1 | C | Dividend | M | T | | | | | |
| 6.   Fidelity Freedom 2030 Fund (FFFEX) | E | Int./Div. | O | T | | | | | |
| 7.   Presidio Property Trust, Inc. | A | Int./Div. | J | T | | | | | |
| 8.   Rental Property #1 Greenville South Carolina | D | Rent | L | W | | | | | |
| 9.   Future Scholar 529 College Savings Plan (2) (H) | | | | | | | | | |
| 10.   -FS Mod Conserv (no control) | A | Int./Div. | | | Distributed | 05/13/20 | J | | |
| 11.   -FS Mod Growth Port Static (no control) | A | Int./Div. | | | Distributed | 05/13/20 | J | | |
| 12.   TD Ameritrade Institutional (H) | | | | | | | | | |
| 13.   -Ishares Core S&P Mid-Cap ETF( IJH) | A | Int./Div. | J | T | Buy (add'l) | 03/06/20 | J | | |
| 14.   -Ishares Core S&P Small-Cap ETF (IJR) | A | Int./Div. | J | T | Buy (add'l) | 03/06/20 | J | | |
| 15.   -Ishares Floating Rate Bond ETF (FLOT) | A | Int./Div. | J | T | Sold (part) | 04/17/20 | J | A | |
| 16.   -Cont'd | | | | | Sold (part) | 10/16/20 | J | A | |
| 17.   -Vanguard FTSE Developed Markets ETF (VEA) | A | Int./Div. | K | T | Buy (add'l) | 02/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -Cont'd | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 19. | -Cont'd | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 20. | -Vanguard Emerging Markets ETF (VWO) | A | Int./Div. | K | T | Buy<br>(add'l) | 01/15/20 | J | | |
| 21. | -Cont'd | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 22. | -Vanguard Index Funds S&P 500 ETF (VOO) | A | Int./Div. | L | T | Sold<br>(part) | 03/06/20 | J | A | |
| 23. | -SPDR Series Trust Short Term High Yield Bond ETF (SJNK) | A | Int./Div. | J | T | Sold<br>(part) | 01/15/20 | J | A | |
| 24. | -Cont'd | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 25. | -SPDR FTSE PORTFOLIO INTRMD ETF (SPIB) | A | Int./Div. | J | T | Sold<br>(part) | 03/06/20 | J | A | |
| 26. | -Cont'd | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 27. | -Vanec Vectors JP Morgan MKTS ETF (EMLC) | A | Int./Div. | | | Sold | 10/16/20 | J | A | |
| 28. | -Vanguard Mort-Back Sec ETF (VMBS) | A | Int./Div. | J | T | Sold<br>(part) | 03/06/20 | J | A | |
| 29. | -Cont'd | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 30. | -Index IQETF Trust IQMrgr ARB Etf (MNA) | A | Int./Div. | J | T | Buy<br>(add'l) | 09/23/20 | J | | |
| 31. | -ETF Series Solutions US GLB JETS ETF (JETS) | A | Int./Div. | | T | Buy | 03/06/20 | J | | |
| 32. | -Cont'd | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 33. | -Cont'd | | | | | Sold | 07/24/20 | J | A | |
| 34. | -Invesco QQQ Trust Unit Ser 1 ETF (QQQ) | A | Int./Div. | J | T | Buy | 05/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -Cont'd | | | | | Buy (add'l) | 09/23/20 | J | | |
| 36. | -Select Sector SPDR Trust SBI INT-INDS ETF (XLI) | A | Int./Div. | | | Buy | 07/24/20 | J | | |
| 37. | -Cont'd | | | | | Sold | 09/23/20 | J | A | |
| 38. | -Ishares Trust 3 7 Yr Treas Bd ETF (IEI) | A | Int./Div. | J | T | Buy | 10/16/20 | J | | |
| 39. | Community National Bank IRA | A | Interest | J | T | | | | | |
| 40. | Griffin Inst Success RE FdCLC | A | Int./Div. | K | T | | | | | |
| 41. | 2nd home Boone, North Carolina | D | Rent | N | W | | | | | |
| 42. | American Funds (H) | | | | | | | | | |
| 43. | -The Growth Fund of America C (305) | A | Int./Div. | K | T | | | | | |
| 44. | -Fundamental Investors C (310) | A | Int./Div. | K | T | | | | | |
| 45. | -American Balanced Funds C (311) | A | Int./Div. | K | T | | | | | |
| 46. | -New World Fund C (336) | A | Int./Div. | K | T | | | | | |
| 47. | -Europacific Growth Fund C (316) | A | Int./Div. | K | T | | | | | |
| 48. | -American Funds U.S. Government Money Market Fund A (59) | A | Int./Div. | L | T | Buy | 07/07/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544